Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Noah Falk | 212-637-1085    ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

18 MAG 7835

| United States of America | ) |
|---|---|
| v. | ) |
| ALAIN SPIRA | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ALAIN SPIRA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud in violation of Title 18, United States Code, Section 1344

Date: 09/14/2018

*Issuing officer's signature*

City and state: New York, New York

U.S. Magistrate Judge Kevin Nathaniel Fox
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*